No. 04-00-00803-CV



Gerald BRACETE,


Appellant



v.



Robert NEIGHBORS & Cynthia Neighbors,


Appellees



From the County Court at Law No. 2, Bexar County, Texas


Trial Court No. 255720


Honorable Jo Ann S. De Hoyos, Judge Presiding



PER CURIAM


Sitting: Paul W. Green, Justice

 Sarah B. Duncan, Justice

 Karen Angelini, Justice


Delivered and Filed: April 11, 2001


JOINT MOTION TO DISMISS GRANTED; APPEAL DISMISSED

 The parties have filed a joint motion to dismiss this appeal, stating that they have fully
compromised and settled all issues in dispute. The motion is granted. See Tex. R. App. P. 42.1(a)(1).
Because the cause is moot, all previous orders and judgments, both trial and appellate, are set aside
and the cause is dismissed. See Merrill Lynch, Pierce, Fenner & Smith, Inc. v. Hughes, 827 S.W.2d
859, 859 (Tex. 1992); Exxon Corp. v. Butler, 619 S.W.2d 399, 399 (Tex. 1981); Freeman v.
Burrows, 141 Tex. 318, 171 S.W.2d 863, 863-64 (1943); Panterra v. American Dairy Queen, 908
S.W.2d 300, 301 (Tex. App.--San Antonio 1995, no writ). Costs of appeal are taxed against the
parties who incurred them. 

 

 PER CURIAM

DO NOT PUBLISH